1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                       **DISTRICT OF NEVADA**
10
11  UNITED STATES OF AMERICA,        )      2:12-cr-00455-HDM-PAL
                                     )      2:15-cr-01661-HDM
12                 Plaintiff,        )
                                     )
13  vs.                              )      ORDER
                                     )
14  CHARLES BO MUMPHREY,             )
                                     )
15                 Defendant.        )
    _____    )
16
17       Defendant shall have until August 31, 2016, in which to file
18  any reply to the government's response to his amended motion to
19  vacate, set aside, or correct sentence pursuant to 28 U.S.C. §
    2255.
20
21       IT IS SO ORDERED.
22       DATED: This 1st day of August, 2016.
23
24  _____
    UNITED STATES DISTRICT JUDGE
25
26
27
28